UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN AMAREA WADE JENNINGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA TECH CENTER LLC et al., <br><br> Defendant. | CASE NO. 3:23-cv-05816-DGE <br><br> ORDER ON REPORT AND RECOMMENDATION (DKT. NO. 5) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge David W. Christel and the remaining record *de novo*,[1] hereby ORDERS:

1. The Report and Recommendation (Dkt. No. 5) is ADOPTED;

---

[1] Although Plaintiff did not file any objections to the Report and Recommendation (Dkt. No. 5), he did file a "Bill of Complaint for Equitable Relief and Consumer Redress" (Dkt. No. 6). This filing did not address the issues raised in the Report and Recommendation. It continues to assert the amount in controversy is $50,793. (*Id*. at 4.) And, although it requests triple damages (*id*. at 6), it does not identify the legal basis for claiming triple damages.

ORDER ON REPORT AND RECOMMENDATION
(DKT. NO. 5) - 1

2. Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is DENIED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1332(a);

3. Plaintiff's claims are DISMISSED without prejudice; and

4. The Clerk is directed to send copies of this Order to Plaintiff and the Hon. David W. Christel.

Dated this 28th day of November 2023.

David G. Estudillo
United States District Judge